IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARCUS TURNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 122-132 |
| | ) | |
| TIMOTHY WARD, Commissioner, | ) | |
| Georgia Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner Marcus Turner, an inmate at Jenkins Correctional Facility ("JCF") in Millen, Georgia, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 6, 2022, the Court directed Respondent to answer the petition within sixty days. (Doc. no. 4.) The matter is now before the Court on a motion to intervene by the Commissioner of the Georgia Department of Corrections and a motion for an extension of time to respond. The Court addresses each motion in turn.

I.  **Commissioner Ward Is the Proper Respondent**

Petitioner is currently incarcerated at JCF, a "private prison" operated by a corporation pursuant to a contract with the Georgia Department of Corrections ("DOC"). (See doc. no. 7-1, p. 2.) Petitioner names the JCF Warden as Respondent in this case, but that individual is an employee of the corporation running the prison, not a state employee. Pursuant to 28 U.S.C. § 2242, an application for a writ of habeas corpus shall allege the name of the person having custody over Petitioner; however, Rule 2(a) of the Rules

Governing Section 2254 Cases in the United States District Courts states that "the petition must name as respondent the state officer who has custody." Furthermore, the Advisory Committee Notes to the cited provision explain that the proper person to be named is either the person having custody over the applicant or the chief officer in charge of the state's penal institutions.

Here, although the Warden of JCF is responsible for running the "private prison" in which Petitioner is incarcerated, that individual is not a "state officer." The Commissioner of the DOC is the officer in charge of Georgia's penal institutions. See O.C.G.A. § 42-2-6. Accordingly, the Court **GRANTS** the motion to intervene, (doc. no. 7), and **DIRECTS** the **CLERK** to update the docket in accordance with the above caption showing the substitution of Timothy Ward, Commissioner, Department of Corrections, as the proper Respondent.

**II.    Extension of Time to Respond to Petition**

Respondent seeks an extension of time to respond to the petition because he believes Petitioner has raised additional claims in a recently filed brief in support of his petition, and counsel's recent illness has delayed preparation of the responsive pleadings. Upon consideration, the Court **GRANTS** an extension of time through and including Monday, December 12, 2022, to file the required response. (Doc. no. 8.)

SO ORDERED this 5th day of December, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA