IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARCUS TURNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 122-132 |
| | ) | |
| TIMOTHY WARD, Commissioner, | ) | |
| Georgia Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner Marcus Turner, an inmate at Jenkins Correctional Facility in Millen, Georgia, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 6, 2022, the Court directed Respondent to answer the petition within sixty days. (Doc. no. 4.) In the order directing a response to the petition, the Court provided a list of items required by Rule 5, Rules Governing Section 2254 Cases in the United States District Courts, ("Rule 5"), to be filed with the answer. (Id. at 1-2.) That order also required copies of all filed exhibits referenced in Respondent's pleadings to be served on Petitioner. (Id. at 2 (citing Rodriguez v. Fla. Dep't of Corr., 748 F.3d 1073, 1077 (11th Cir. 2014).)

On December 5, 2022, Respondent requested and received an extension of time to file his answer. (Doc. nos. 8, 9.) Respondent filed his answer on December 12, 2022, but none of the Rule 5 documents, nor any of the exhibits referenced in the answer, were filed. (See doc. no. 11.) Respondent stated a list of sixteen exhibits would be submitted under a separate notice of filing, (id. at 6-7), but there have been no additional filings. Respondent

shall have through the close of business on December 23, 2022, to file, and to serve on Petitioner, the documents required by the Court's October 6th Order. Upon filing of the documents, Respondent shall separately provide a paper courtesy copy of the exhibits to the Court, the pages of which should bear the heading assigned by the CM/ECF filing system, by no later than January 6, 2023. The courtesy copy shall be mailed to the Clerk of Court in Augusta, Georgia.

      SO ORDERED this 19th day of December, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA