IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARCUS TURNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 122-132 |
| | ) | |
| TIMOTHY WARD, Commissioner, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**

_____

 Petitioner, an inmate at Jenkins Correctional Facility in Millen, Georgia, brings the above-styled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent filed a response to the petition on December 12 and 21, 2022.  (Doc. nos. 11, 13.)  Petitioner subsequently filed two motions to amend, (doc. nos. 14, 15), the second of which bears a notation that suggests the first motion to amend was mistakenly filed, (doc. no. 15, p. 9). Respondent has not filed a response to either motion.  Given the apparent confusion, and to ensure the Court has all necessary information when ruling on the substance of Petitioner's claims, the Court **DIRECTS** Respondent to file a response to the motions to amend by no later than Wednesday, February 22, 2023.

 SO ORDERED this 8th day of February, 2023, at Augusta, Georgia.

                        _____
                        BRIAN K. EPPS
                        UNITED STATES MAGISTRATE JUDGE
                        SOUTHERN DISTRICT OF GEORGIA